
FILED
FEB 10 2017

UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| JAMES IRVING DALE,<br><br>           Plaintiff,<br><br>vs.<br><br>VARIOUS STATE ACTORS,<br><br>           Defendants. | 4:04-CV-4153<br>4:06-CV-4117<br>4:07-CV-4003<br>4:14-CV-4003<br>4:14-CV-4102<br>4:15-CV-4103-01<br>4:16-CV-4024<br>4:16-CV-4133<br><br>ORDER REGARDING<br>PAYMENT OF FILING FEES |

James Irving Dale has been granted in forma pauperis status in the above-listed prisoner civil rights cases. In addition to the initial partial filing fee, plaintiff must "make monthly payments of 20 percent of the preceding month's income credited to the prisoner's account." 28 U.S.C. § 1915(b)(2). The statute places the burden on the prisoner's institution to collect the additional monthly payments and forward them to the court as follows:

> After payment of the initial partial filing fee, the prisoner shall be required to make monthly payments of 20 percent of the preceding month's income credited to the prisoner's account. The agency having custody of the prisoner shall forward payments from the prisoner's account to the clerk of the court each time the amount in the account exceeds $10 until the filing fees are paid.

28 U.S.C. § 1915(b)(2).

To-date, the following amounts are owed by Mr. Dale:

| | |
|---|---|
| CIV. 04-4153: | $438.15 |
| CIV. 06-4117: | $350.00 |
| CIV. 07-4003 | $342.63 |
| CIV. 14-4003 | $307.12 |
| CIV. 14-4102 | $346.00 |
| CIV. 15-4103-01 | $350.00 |
| CIV. 16-4024 | $347.00 |
| CIV. 16-4133 | $855.00 |
| TOTAL: | $3,335.90 |

Accordingly, it is hereby

ORDERED that the clerk of the court will send a copy of this order to the appropriate financial official at plaintiff's institution. Plaintiff's institution will collect the additional monthly payments in the manner set forth in 28 U.S.C. § 1915(b)(2), quoted above, and will forward those installments to the court until the filing fees listed above are paid in full.

DATED this 10th day of February, 2017.

BY THE COURT:

_____
VERONICA L. DUFFY
United States Magistrate Judge